| | | | |
|---|---|---|---|
| | AUSA: Nicholas McIntyre | Telephone: | (313) 226-9611 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Victor A. Mota, ATF | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Djuan Adaryl Scaife

Case: 2:23−mj−30212
Assigned To : Unassigned
Assign. Date : 5/24/2023
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 4, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Victor A. Mota, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 24, 2023

_____
Judge's signature

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Victor A. Mota, being sworn, depose and state the following:

### I.  INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since March 2020. I am currently assigned to the Detroit Field Division, group VII. I am tasked with investigating violations of firearms and narcotics laws. Prior to becoming a Special Agent with ATF, I was an Officer with the United States Customs and Border Protection Office of Field Operations for ten years as well as a supervisor for about two years. I completed the United States Customs and Border Protection Basic course in Brunswick, Georgia, the Criminal Investigator Training Program in Brunswick, Georgia, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Brunswick, Georgia. I obtained a Bachelor of Science degree in Criminal Justice from Wayne State University.

2. During my employment with ATF, I have participated in criminal investigations focused on firearms, armed drug trafficking violations, and criminal street gangs. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with firearms violations.

3. I make this affidavit from personal knowledge based on my participation in this investigation, with exception of the matters expressly stated, which are based on information received from other law enforcement officials and/or their personal information, reports and records. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation. All dates and times are approximate.

4. ATF is currently conducting a criminal investigation concerning Djuan Adaryl SCAIFE, (DOB xx/xx/1973), for possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

5. I reviewed SCAIFE's Michigan Secretary of State Driver's License photo and am able to identify SCAIFE.

## II. PROBABLE CAUSE

6. I reviewed a computerized criminal history for SCAIFE, which revealed that SCAIFE has the following felony arrests and convictions:

   a. On October 4, 1996, SCAIFE was convicted of one count of carrying a concealed weapon in the Wayne County Third Circuit Court. SCAIFE was sentenced to two years of probation.

   b. On January 28, 2005, SCAIFE was convicted of one count of attempt delivery/manufacture of cocaine, heroin or another narcotic less than

50 grams in the Wayne County Third Circuit Court. SCAIFE was sentenced to 90 to 120 days of confinement, followed by two years of probation. On December 19, 2006, SCAIFE pleaded guilty to violating the terms of his probation. On January 9, 2007, SCAIFE's probation was terminated without improvement.

c. On January 9, 2007, SCAIFE was convicted of one count of possession of less than 25 grams of cocaine, heroin, or another narcotic less than 25 grams. SCAIFE was sentenced to 54 days of incarceration.

d. On June 2, 2008, SCAIFE was convicted of one count of possession of less than 25 grams of cocaine, heroin, or another narcotic. SCAIFE was sentenced to nine months of confinement followed by six months of probation.

e. On August 4, 2011, SCAIFE was convicted of one count of felony uttering and publishing. SCAIRE was sentenced to two years of probation.

f. On March 7, 2019, SCAIFE was convicted on one count of counterfeiting of currency, uttering or possessing. SCAIFE was sentenced to 15 months of confinement, suspended for three years, with three years of probation.

7. On May 4, 2023, officers with the Detroit Police Department (DPD) were stopped at a red light at Gratiot Avenue and Van Dyke Avenue, when they heard several gunshots coming from the gas station located at that intersection. The officers pulled into the gas station and observed a male, later identified as J.Y., standing behind the driver side of his vehicle taking cover from possible gunfire.

8. The gas station is a Project Greenlight partner and is equipped with surveillance video (CCTV). Review of the video revealed that at approximately 1:20 a.m., J.Y. entered the gas station and spoke with an individual later identified as SCAIFE. J.Y. struck SCAIFE in the face, knocking SCAIFE to the ground. J.Y. then ran out of the station and entered his vehicle. SCAIFE took out a handgun and pursued J.Y.. SCAIFE took aim at the vehicle occupied by J.Y., his wife, his daughter (two years of age), and his niece (four years of age). SCAIFE fired several shots, hitting J.Y.'s vehicle at least two times.

9. SCAIFE fled the scene moments before police arrived.

10. DPD officers observed several .45 caliber spent shell casings around the area SCAIFE was standing during the shoot-out. Several other law enforcement officers arrived to assist including Michigan State Police Troopers and K-9 officers.

11. K-9 Troopers with Michigan State Police conducted a K-9 track for SCAIFE. K-9 led the troopers to 54XX Parker St. Detroit, MI, where a Glock model 30S .45 caliber semi-automatic pistol bearing serial number XDR990 was recovered

on the front steps of the residence with a Glock magazine that did not have any ammunition. The Glock 30S was recovered with the slide locked to the rear. SCAIFE was not located. 54XX Parker St. is a vacant home located one block (three-minute walk according to Google Maps) from the location where the shooting took place. 54XX Parker St. is in the general direction where J.Y. said SCAIFE fled.

12. DPD conducted a test-fire of the Glock model 30S .45 caliber handgun. The test-fire shell casing was entered into the National Integrated Ballistic Information Network (NIBIN) using a Brasstrax cartridge device. Following the entry of the shell casings into NIBIN, the results were reviewed by a specialist with the ATF Crime Gun Intelligence Center (CGIC). Upon this initial review, a high confidence lead was developed that matched the .45 caliber casings recovered from the shooting incident and the recovered Glock 30S handgun.

13. I reviewed the footage from the gas station located at 8001 Gratiot Ave. Detroit, MI. I compared the male shooting toward J.Y. to the picture from SCAIFE's Michigan Secretary of State Driver's License. I can say with high confidence that the individual shooting towards J.Y. is Djuan Adaryl SCAIFE. There is probable cause to assert that the recovered Glock model30S .45 caliber semi-automatic pistol bearing serial number XDR990 was the firearm possessed and used by SCAIFE on May 4, 2023.

14. ATF Special Agent Kevin Rambus, a firearms interstate nexus expert, physically examined the Glock model 30S firearm. SA Rambus advised me that based on his training and experience, the Glock Model 30S firearm meets the federal definition of a firearm and that it was manufactured outside the State of Michigan and therefore traveled in interstate and/or foreign commerce.

### III.   CONCLUSION

15. Based on the above facts, there is probable cause to believe that on May 4, 2023, while in the Eastern District of Michigan, Djuan Adaryl SCAIFE, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a Glock Model 30S .45 caliber semi-automatic pistol, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Special Agent Victor Mota
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: May 24, 2023